# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Carolina ORTIZ CALDERON          ,

Plaintiff(s),

v.

POLLY KAISER, Acting Field Office Director of the San Francisco Immigration and
Customs Enforcement Office; TODD LYONS, Acting Director of United States
Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States          ,

Defendant(s).

Case No. 3:25-cv-6695

**AMENDED**

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nikolas De Bremaeker          , an active member in good standing of the bar of Florida          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Carolina ORTIZ CALDERON          in the above-entitled action. My local co-counsel in this case is Abby Sullivan Engen          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 270698          .

3400 E. 12th Street Oakland, CA 94601

My Address of Record

(510) 269-1255

My Telephone # of Record

ndebremaeker@centrolegal.org

My Email Address of Record

3400 E. 12th Street Oakland, CA 94601

Local Co-Counsel's Address of Record

(510) 244-4312

Local Co-Counsel's Telephone # of Record

asullivanengen@centrolegal.org

Local Co-Counsel's Email Address of Record

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 98372          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0          times in the 12 months preceding this application.

United States District Court
Northern District of California

1        I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: __**08/11/2025**__                        Nikolas De Bremaeker _____

5                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

11       IT IS HEREBY ORDERED THAT the application of Nikolas De Bremaeker _____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____August 11, 2025_____

17  _____

18  UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )    In Re: 0098372
            Nikolas De Bremaeker
            Centro Legal de la Raza
            3400 E 12th St
            Oakland, CA 94601-3402

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 21, 2012**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  8th  day of **August, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar



PG:R10
CTM-362389