```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile:  (510) 637-3724
    michael.keough@usdoj.gov
```

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLINA ORTIZ CALDERON,<br><br>　　　Petitioner,<br><br>　　v.<br><br>POLLY KAISER, *et al.*,<br><br>　　　Respondents. | Case No. 3:25-cv-06695-AMO<br><br>**STIPULATION TO EXTEND DEADLINES;** ~~**[PROPOSED]**~~ **ORDER AS MODIFIED** |

　　　Subject to the Court's approval, Petitioner and Respondents, through their undersigned counsel of record, hereby stipulate as follows:

　　　1.　　At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies, including the federal respondents. The date when funding will be restored by Congress has not been established.

　　　2.　　Respondents have conveyed the following to Petitioner:

　　　　　a.　　The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a volunteer basis,

"except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

  b. Undersigned counsel will be furloughed for the duration of the lapse in appropriations.

3. The parties therefore request that the present deadlines for the return and the traverse be extended by approximately 45 days, to Friday, November 21, 2025, and Wednesday, December 10, 2025, respectively, with the hearing to be continued until January 8, 2026, or the earliest date thereafter that the Court is available.

IT IS SO STIPULATED.

DATED: October 6, 2025    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney
Counsel for Federal Respondents

DATED: October 6, 2025    Respectfully submitted,

*/s/ Nikolas De Bremaeker*\*
NIKOLAS DE BREMAKER

*Counsel for Petitioner*

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED]** **ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. Respondent will file a return by November 21, 2025;

2. Petitioner will file a traverse by December 10, 2025;

3. The hearing on the petition is reset for __January 29, 2026__.

IT IS SO ORDERED.

DATED: October 7, 2025

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge