1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MICHAEL A. KEOUGH (NYRN 5199666)
   Assistant United States Attorney
4
5       1301 Clay Street, Suite 340S
        Oakland, California 94612-5217
        Telephone: (510) 637-3721
6       Facsimile:  (510) 637-3724
        michael.keough@usdoj.gov
7
   *Attorneys for Respondents*
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | CAROLINA ORTIZ CALDERON,           ) Case No. 3:25-cv-06695-AMO
                                       )
13 |     Petitioner,                    )
                                       ) **STIPULATION TO EXTEND DEADLINES;**
14 |  v.                                ) **[PROPOSED] ORDER**
                                       )
15 | POLLY KAISER, *et al.*,            )
                                       )
16 |     Respondents.                   )
                                       )
17

18      Subject to the Court's approval, Petitioner and Respondents (the "Parties"), through their

19 undersigned counsel of record, hereby stipulate as follows:

20      1.    Certain deadlines in this case were previously extended in response to the lapse in

21 appropriations funding the Department of Justice that began at midnight on September 30, 2025. *See*

22 Dkt. 29. Appropriations were not restored until November 12, 2025, for a lapse totaling 43 days.

23      2.    Respondents' return is presently due on November 21, 2025. The parties did not

24 anticipate that appropriations would only be restored the week prior to the return date at the time the

25 original extension was contemplated. In order to allow sufficient time to prepare the return, and to

26 accommodate the availability of counsel for both Petitioner and Respondents, the Parties hereby

27 stipulate and agree that deadlines for the return and traverse should be adjusted as follows:

28      Deadline for return: January 20, 2026

STIPULATION TO EXTEND DEADLINES
3:25-cv-06695-AMO

1     Deadline for traverse: February 9, 2026

2     Hearing date: February 26, 2026

3     IT IS SO STIPULATED.

4 DATED: November 19, 2025     Respectfully submitted,

5     CRAIG H. MISSAKIAN
    United States Attorney

6

7     */s/ Michael A. Keough*
    MICHAEL A. KEOUGH
    Assistant United States Attorney

8     Counsel for Federal Respondents

9

10 DATED: November 19, 2025     Respectfully submitted,

11     */s/ Nikolas De Bremaeker\**
    NIKOLAS DE BREMAKER

12

13     *Counsel for Petitioner*

14 *\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **[PROPOSED] ORDER**

2  Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

3  1. Respondent will file a return by January 20, 2026;

4  2. Petitioner will file a traverse by February 9, 2026;

5  3. The hearing on the petition is reset for February 26, 2026.

6  IT IS SO ORDERED.

7  DATED: November 19, 2025

8  _____
   HON. ARACELI MARTINEZ-OLGUÍN
   United States District Judge